The opinion then proceeds with a quotation from Hill v. State, 55 Tex.Cr.R. 435, 117 S.W. 134, 135, 21 L.R.A.(N.S.) 878, as follows:

"We are unwilling to sanction a judgment upon a record of this character. The accomplice had sworn positively both ways, and in his latter statement that he had committed perjury in placing appellant at the scene of the theft, and that the truth is appellant was not there. This evidence comes in entirely too questionable shape to form the basis for the incarceration of men in the penitentiary."

Our conscience does not permit us to let a judgment of conviction stand upon a record containing the contradiction found here.

Believing our original opinion properly disposed of the case the state's motion for rehearing is overruled.

**BENJAMIN v. STATE.**

No. 18490.

Court of Criminal Appeals of Texas.

May 27, 1936.

Al L. Crystal, of Caldwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for hog theft; punishment, two years in the penitentiary.

The record contains neither a statement of facts nor bills of exception. The indictment, the charge of the court, the judgment and sentence are regular.

No error appearing, the judgment will be affirmed.